## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MILLET<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-572 |

### NOTICE OF APPEARANCE PURSUANT TO LOCAL RULE 83.2(f)

Pursuant to Local Civil Rule 83.2(g) and the attached certification, Bina Ahmad, D.C. Bar No. 502839, enters an appearance as counsel for Plaintiff in this case.

Dated: March 1, 2023

Respectfully submitted,

*/s/* Bina Ahmad (D.C. Bar 502839)*
Brittany Francis (D.C. Bar 90008960)*
Civil Rights Corps
1601 Connecticut Ave. NW, Ste 800
Washington, D.C. 20009
bina@civilrightscorps.org
brittany@civilrightscorps.org
Phone: (202) 894-6120

*/s/* Robert Baldwin III (D.C. Bar 90002020)*
Virtue Law Group
1250 Connecticut Ave., Suite 700
Washington, District of Columbia 20036
robert@virtuelawgroup.com

* Appearing before this Court without compensation from clients, pursuant to Local Civil Rule 83.2(f).

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MILLET<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-572 |

**CERTIFICATION PURSUANT TO LOCAL RULE 83.2(f)**

I, Bina Ahmad, hereby certify under Local Civil Rule 83.2(f) of this Court, that:

1. I am a member in good standing of the New York Bar. My N.Y. Bar number is 502839.

2. I am employed by Civil Rights Corps, a non-profit organization that provides legal services to the indigent without charging them a fee.

3. I represent Plaintiff David Millet in this matter, without any compensation from Plaintiff.

4. I have reviewed and am familiar with Local Rules of this Court and the other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).

Dated: March 1, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Bina Ahmad
　　　　　　　　　　　　　　　　　　Bina Ahmad (D.C. Bar No. 502839*
　　　　　　　　　　　　　　　　　　CIVIL RIGHTS CORPS
　　　　　　　　　　　　　　　　　　1601 Connecticut Ave. NW, Suite 800
　　　　　　　　　　　　　　　　　　Washington, D.C. 20009
　　　　　　　　　　　　　　　　　　bina@civilrightscorps.org
　　　　　　　　　　　　　　　　　　Phone: (202) 894-6120

* Appearing before this Court without compensation from clients, pursuant to Local Civil Rule 83.2(f).