# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MILLET,<br>    Plaintiff,<br>v.<br>DISTRICT OF COLUMBIA, et al.,<br>    Defendants. | Civil Action No. 23-572 (CKK) |

### ORDER
(July 30, 2024)

Upon review of Defendants' [14] Motion to Dismiss the First Amended Complaint, it is this 30th day of July, 2024 hereby

**ORDERED**, that this matter is **REFERRED** to Magistrate Judge G. Michael Harvey for a Report and Recommendation pursuant to Local Rule of Civil Procedure 72.3(a) & (b).

**SO ORDERED.**

                                                                      /s/  
                                          COLLEEN KOLLAR-KOTELLY  
                                          United States District Judge