UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MILLET,<br><br>                    Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et. al.*,<br><br>                    Defendants. | Case No. 1:23-cv-572-CKK |

**MOTION TO WITHDRAW BRITTANY FRANCIS AS COUNSEL FOR PLAINTIFF**

Under Local Rule 83.6, undersigned counsel requests to withdraw as counsel for Plaintiff in this matter because she has left the law firm of Civil Rights Corps and is unable to continue representing Plaintiff. Plaintiff will continue to be represented by Civil Rights Corps attorney and Robert Baldwin of Virtue Law Group. No party will be prejudiced as a result of the withdrawal of counsel.

Dated:    May 8, 2025

Respectfully submitted,

s/ Brittany Francis
Brittany Francis (D.C. Bar. No. 90008960)
brittany@civilrightscorps.org

/s/ Robert Baldwin III (D.C. Bar No. 90002020)*
Virtue Law Group
1250 Connecticut Ave., Suite 700
Washington, District of Columbia 20036
robert@virtuelawgroup.com

\* Not a member of the Bar of this Court. Appearing without compensation from clients, pursuant to Local Civil Rule 83.2(f).

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID MILLET, <br><br> Plaintiff, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, *et. al.*, <br><br> Defendants. | Case No. 1:23-cv-572-CKK |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY BRITTANY FRANCIS AS COUNSEL**

Plaintiff's counsel Brittany seeks to withdraw from this matter, because she has left the law firm of Civil Rights Corps. Plaintiff will continue to be represented by Civil Rights Corps attorneys and Robert Baldwin of Virtue Law Group. As such, no party will be prejudiced as a result of the withdrawal of counsel.

It is therefore ORDERED AND ADJUDGED that the Motion to Withdraw Attorney BRITTANY FRANCIS as Counsel for Plaintiff is hereby GRANTED.

_____

COLLEEN KOLLAR-KOTELLY

United States District Judge