UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MILLET,

    *Plaintiff*,

v.

DISTRICT OF COLUMBIA, *et al.*,

    *Defendants*.

Civil Action No. 23-00572 (AHA-GMH)

## Order

Magistrate Judge G. Michael Harvey has recommended that the Court grant Defendants' motion to dismiss in part and deny it in part. ECF No. 28. The time for a party to object has passed and neither party has done so. *See* LCvR 72.3(b).

Plaintiff David Millet asserts twelve counts against Security Assurance Management, Inc., a named and three unnamed special police officers, Metropolitan Police Department Officer Peter Apollon, and the District of Columbia related to the alleged arrest and use of force against him at a D.C. shelter. ECF No. 10. Security Assurance Management and the named special police officer have each answered the complaint. ECF Nos. 18, 19. Accordingly, counts one through four will proceed against the special police officers and counts six, eight, nine, and eleven will proceed against Security Assurance Management and the special police officers. The District and Apollon moved to dismiss counts five through twelve as to them. ECF No. 14. Judge Harvey's report recommends that the Court deny the motion as to counts five (excessive force against Apollon) and seven (assault and battery against Apollon and the District of Columbia). ECF No. 28 at 45. The report further recommends that the Court dismiss counts six (assault and battery), eight (false

imprisonment), nine (intentional infliction of emotional distress), and eleven (negligent infliction of emotional distress) as to the District but not the private defendants, and dismiss counts ten (intentional infliction of emotional distress) and twelve (negligent infliction of emotional distress) in their entirety. *Id.* at 44–45.

Upon review of Judge Harvey's thorough report and finding that the parties have waived any objection to the report's analysis, the Court adopts the recommendation in full. LCvR 72.3(b). The Court accordingly grants Defendants' motion to dismiss in part and denies it in part. ECF No. 14. Counts six, eight, nine, and eleven are dismissed as to the District, and counts ten and twelve are dismissed in their entirety. All remaining claims will proceed.

 

_____

AMIR H. ALI
United States District Judge

Date:   July 14, 2025